|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Law Office of Avram D. White<br>66 Hampton Terrace<br>Orange, New Jersey 07050<br>(973) 669-0857;  (888) 481-1709 Telefax;<br>Email: avram.randr@gmail.com<br>Avram D. White, Esq.<br>Attorney for the Debtor | |
| In Re:<br><br>MICHAEL S. PIZARRO, DEBTOR(S) | Case No.: 18-25528-RG<br>Adv. No.:<br>Hearing Date:<br>Judge: ROSEMARY GAMBARDELLA |

**FILED**
JEANNE A. NAUGHTON, CLERK
SEP - 4 2018
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY_____ DEPUTY

### ORDER ALLOWING ADDITIONAL TIME TO FILE SCHEDULES, ET. AL.

The relief set forth on the following pages two (2) through two (2), is hereby **ORDERED**.

9/4/18

_/s/ Rosemary Gambardella_
USBJ

```
Page 2
Debtor: MICHAEL S. PIZARRO, Debtor(s)
Case no.: 18-25528-RG
Caption of order: Order allowing additional time to file
schedules, statement of financial affairs and Chapter 13 plan
------------------------------------------------------------
     That the Debtors be allowed until to ~~August 25~~ September 28, 2018 to file
the debtor's missing schedules, statement of financial affairs,
and Chapter 13 plan otherwise the case may be dismissed.
```