UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Law Office of Avram D. White
66 Hampton Terrace
Orange, New Jersey 07050
(973) 669-0857; (888) 481-1709
Telefax;
Email: avram.randr@gmail.com
Avram D. White, Esq.
Attorney for the Debtor

In Re:

MICHAEL S. PIZARRO, DEBTOR(S)

**FILED**
JEANNE A. NAUGHTON, CLERK
SEP - 4 2018
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

Case No.: 18-25528-RG

Adv. No.:

Hearing Date:

Judge: ROSEMARY GAMBARDELLA

## ORDER ALLOWING ADDITIONAL TIME TO FILE SCHEDULES, ET. AL.

The relief set forth on the following pages two (2) through two (2), is hereby **ORDERED**.

9/4/18        _____
              USBJ

```
 1  Page 2
    Debtor: MICHAEL S. PIZARRO, Debtor(s)
 2  Case no.: 18-25528-RG
    Caption of order: Order allowing additional time to file
 3  schedules, statement of financial affairs and Chapter 13 plan
    ----------------------------------------------------------------
 4
            That the Debtors be allowed until to ~~August 25~~ September 28, 2018 to file
 5
 6  the debtor's missing schedules, statement of financial affairs,
 7  and Chapter 13 plan otherwise the case may be dismissed.
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-25528-RG
Michael S Pizarro                                                     Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin              Page 1 of 1            Date Rcvd: Sep 05, 2018
                            Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 07, 2018.
db             +Michael S Pizarro,    275 Prospect Street,    Unit 16E,    East Orange, NJ 07017-2881

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 07, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 5, 2018 at the address(es) listed below:
      Avram D White    on behalf of Debtor Michael S Pizarro clistbk3@gmail.com,
       adwlawoffice1@gmail.com;crismateo02@gmail.com;lawworkmorris31@gmail.com;whitear82230@notify.bestcase.com
      Marie-Ann   Greenberg     magecf@magtrustee.com
      Rebecca Ann Solarz    on behalf of Creditor    CSMC 2018-RPL1 Trust rsolarz@kmllawgroup.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                       TOTAL: 4