Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.:  18−25528−RG
          Chapter:  13
          Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michael S Pizarro
   275 Prospect Street
   Unit 16E
   East Orange, NJ 07017

Social Security No.:
   xxx−xx−1274

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:          10/17/18
Time:         09:00 AM
Location:     Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: September 6, 2018
JAN: lc

                          Jeanne Naughton
                          Clerk, U. S. Bankruptcy Court

```
United States Bankruptcy Court
District of New Jersey
```

In re:                                                                 Case No. 18-25528-RG
Michael S Pizarro                                                      Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin              Page 1 of 2          Date Rcvd: Sep 06, 2018
                            Form ID: 132             Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 08, 2018.
```
db             +Michael S Pizarro,    275 Prospect Street,    Unit 16E,     East Orange, NJ 07017-2881
517681685      +Consumer Portfolio Service,    Loan Center,   Los Angeles, CA 90074-0001
517681695       NELNET Loan Services,    3015 S Parker Road,    Suite 400,   Indianapolis, IN 46240
517681696      +Prospect Towers Association, Inc.,    c/o Daniel T Kopec Esq,    184 Main Street,    2nd Floor,
                 Chester, NJ 07930-2537
517681699       Select Portfolio Servicing,    338 S. Warminster Road,    One Conti Park, Suite 31,
                 Hatboro, PA 19040
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 06 2018 23:11:56      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 06 2018 23:11:53      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517681686      +E-mail/Text: bankruptcy@consumerportfolio.com Sep 06 2018 23:12:07
                 Consumer Portfolio Service,    PO Box 57071,   Irvine, CA 92619-7071
517681688      +E-mail/Text: bankruptcy@consumerportfolio.com Sep 06 2018 23:12:08
                 Consumer Portfolio Services,    16355 Laguna Canyon Road,   Irvine, CA 92618-3801
517681687      +E-mail/Text: bankruptcy@consumerportfolio.com Sep 06 2018 23:12:08
                 Consumer Portfolio Services,    PO Box 57071,   Irvine, CA 92619-7071
517681690      +E-mail/Text: electronicbkydocs@nelnet.net Sep 06 2018 23:11:59
                 Department of Education/Nelnet,    121 South 13th Street,   Lincoln, NE 68508-1904
517681689      +E-mail/Text: electronicbkydocs@nelnet.net Sep 06 2018 23:11:59      Department of Education/neln,
                 121 S 13th St,   Lincoln, NE 68508-1904
517681691       E-mail/Text: bankruptcynotice@nymcu.org Sep 06 2018 23:12:18      Municipal Credit Union,
                 22 Cortlandt Street,   New York, NY 10007
517681692       E-mail/Text: bankruptcynotice@nymcu.org Sep 06 2018 23:12:18      Municipal Credit Union,
                 PO Box 3205,   New York, NY 10007
517681693      +E-mail/Text: electronicbkydocs@nelnet.net Sep 06 2018 23:11:59      Nelnet Lns,
                 3015 S Parker Road,   Suite 400,   Aurora, CO 80014-2904
517681694      +E-mail/Text: electronicbkydocs@nelnet.net Sep 06 2018 23:11:59      Nelnet Loan Services,
                 3015 S Parker Road,   Suite 425,   Aurora, CO 80014-2904
517681698      +E-mail/Text: jennifer.chacon@spservicing.com Sep 06 2018 23:12:52
                 Select Portfolio Servicing,    Po Box 65250,   Salt Lake City, UT 84165-0250
517681702      +E-mail/Text: jennifer.chacon@spservicing.com Sep 06 2018 23:12:52
                 Select Portfolio Servicing,    PO Box 65450,   Salt Lake City, UT 84165-0450
517681697       E-mail/Text: jennifer.chacon@spservicing.com Sep 06 2018 23:12:52
                 Select Portfolio Servicing,    3217 South Decker Drive,   Salt Lake City, UT 84119
517707231      +E-mail/Text: electronicbkydocs@nelnet.net Sep 06 2018 23:11:59
                 U.S. Department of Education C/O Nelnet,    121 South 13th Street, Suite 201,
                 Lincoln, NE 68508-1911
                                                                                               TOTAL: 15

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517681700*     +Select Portfolio Servicing,    P0 Box 65250,   Salt Lake City, UT 84165-0250
517681701     ##+Select Portfolio Servicing,    3815 South West Temple,    Salt Lake City, UT 84115-4412
                                                                                     TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2018                                           Signature:  /s/Joseph Speetjens

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Sep 06, 2018
                              Form ID: 132             Total Noticed: 20
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 6, 2018 at the address(es) listed below:
              Avram D White    on behalf of Debtor Michael S Pizarro clistbk3@gmail.com,
               adwlawoffice1@gmail.com;crismateo02@gmail.com;lawworkmorris31@gmail.com;whitear82230@notify.bestc
               ase.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    CSMC 2018-RPL1 Trust rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4
```