Robert J. Flanagan, III
ID# 022422008
GREENBAUM, ROWE, SMITH & DAVIS LLP
Metro Corporate Campus One
P.O. Box 5600
Woodbridge, NJ 07095
(732) 549-5600
Attorneys for Prospect Towers Condominium Association, Inc.

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| In Re: | CASE NO.18-25528 (RG) |
|---|---|
| MICHAEL S. PIZARRO | CHAPTER 13 |
| Debtor. | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**

    **PLEASE TAKE NOTICE**, that the undersigned, attorneys for **Prospect Towers Condominium Association, Inc.** hereby request that all notices to be given or required to be served in this case, be given and served upon the following:

Robert J. Flanagan, III, Esquire
GREENBAUM, ROWE, SMITH & DAVIS LLP
Metro Corporate Campus One
P.O. Box 5600
Woodbridge, NJ 07095-0988
rflanagan@greenbaumlaw.com

**Street Address:**     99 Wood Avenue South
　　　　　　　　　　　Iselin, NJ 08830-2712
　　　　　　　　　　　Tel:  (732) 476-3204
　　　　　　　　　　　Fax: (732) 476-3205

1

4922747.1

**PLEASE TAKE FURTHER NOTICE,** that the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices regarding any Applications, Motions, Petitions, pleadings, legal memoranda, Complaints, or demands transmitted or conveyed by mail, personal delivery, telephone, telegraph, telex, telecopy or otherwise which affect the Debtor.

**PLEASE TAKE FURTHER NOTICE,** that the foregoing demand shall also include, without limitation, all Orders and notices regarding any Applications, Motions, Petitions, pleadings, legal memoranda, Complaints or demands filed in any Adversary Proceedings either preceding or subsequent to the date of this Notice which affect the Debtor or property of the Debtor.

>  GREENBAUM, ROWE, SMITH & DAVIS LLP
>  Attorneys for Prospect Towers Condominium
>  Association, Inc.
>
>  By: _____
>  ROBERT J. FLANAGAN, III, ESQUIRE

DATED: October 26, 2018