UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
CSMC 2018-RPL1 Trust

In Re:

Michael Pizarro,

Debtor.

Case No.:     18-25528-RG

Chapter:     13

Hearing Date:     12/19/2018

Judge:     Gambardella

### STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled     ☐ Withdrawn

Matter: Objection to Confirmation (Docket # 21)

_____

Date: 12/18/2018

/s/ Denise Carlon
Signature

*rev.8/1/15*