AVRAM D WHITE, ESQ,
66 HAMPTON TERRACE
ORANGE, NJ  07050

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 12/31/2018
### Chapter 13 Case # 18-25528

Re:  MICHAEL S PIZARRO                     Atty:  AVRAM D WHITE, ESQ,
     275 PROSPECT STREET                           66 HAMPTON TERRACE
     UNIT 16E                                      ORANGE, NJ  07050
     EAST ORANGE, NJ  07017

## RECEIPTS AS OF 12/31/2018    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 10/29/2018 | $91.00 | 5346659000 | 11/01/2018 | $91.00 | 5358247000 |
| 12/03/2018 | $91.00 | 5437344000 | 12/27/2018 | $91.00 | 5493866000 |

**Total Receipts: $364.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $364.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 12/31/2018    (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 20.76 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0004 | CONSUMER PORTFOLIO SERVICES | VEHICLE SECURE | 0.00 | 0.00% | 0.00 | 0.00 |
| 0005 | DEPARTMENT OF EDUCATION/NELNET | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0006 | DEPARTMENT OF EDUCATION/NELN | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0007 | MUNICIPAL CREDIT UNION | UNSECURED | 3,819.00 | 0.00% | 0.00 | 0.00 |
| 0012 | PROSPECT TOWERS CONDIMINIUM ASSO | SECURED | 39,292.43 | 100.00% | 0.00 | 0.00 |
| 0013 | SELECT PORTFOLIO SERVICING INC | MORTGAGE ARRE | 1,197.08 | 100.00% | 0.00 | 0.00 |
| 0021 | US DEPARTMENT OF EDUCATION | UNSECURED | 9,437.04 | 0.00% | 0.00 | 0.00 |
| 0022 | US ASSET MANAGEMENT | UNSECURED | 274.14 | 0.00% | 0.00 | 0.00 |
| 0023 | U.S. ASSET MANAGEMENT | UNSECURED | 142.45 | 0.00% | 0.00 | 0.00 |
| 0024 | PROSPECT TOWERS CONDIMINIUM ASSO | UNSECURED | 21,295.65 | 0.00% | 0.00 | 0.00 |

**Total Paid: $20.76**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 18, 2019.

Receipts: $364.00    -    Paid to Claims: $0.00    -    Admin Costs Paid: $20.76    =    Funds on Hand: $343.24

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.