UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LAW OFFICE OF AVRAM D. WHITE
66 Hampton Terrace
Orange, New Jersey 07050
973-669-0857; 888-481-1709 telefax
email to: avram.randr@gmail.com
Avram D. White, Esq.
Counsel to the Debtor

In Re:

    MICHAEL S. PIZARRO,

                Debtor.

Case No.:     18-25528-RG
Chapter:      13
Hearing Date:
Judge:     GAMBARDELLA

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled      ☒ Withdrawn

Matter: Chapter 13 Plan, Document Number 35 in ECF should be withdrawn as it was filed under the wrong event

Date: August 6, 2019

/s/ Avram D. White
Signature

*rev.8/1/15*