Order Filed on September 4, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ 07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:
MICHAEL S PIZARRO

**Case No.: 18-25528**

**Hearing Date: 09/04/2019**

**Judge: ROSEMARY GAMBARDELLA**

**ORDER DENYING CONFIRMATION**

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

**DATED: September 4, 2019**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor(s):  MICHAEL S PIZARRO

Case No.:  18-25528RG

Caption of Order:  Order Denying Confirmation

---

THIS MATTER having been scheduled before the Court on 09/04/2019 for a Hearing on Confirmation, and good and sufficient cause having been shown, it is hereby:

ORDERED, that the Confirmation Hearing scheduled on 9/4/2019 of the plan filed on 08/06/2019, is denied; and it is further

ORDERED, that the Debtor must file a modified plan by 09/11/2019 or the case will be dismissed; and it is further

ORDERED, that if the Debtor fails to comply with the above the Standing Trustee shall submit an Order Dismissing the Case without further hearings; and it is further

ORDERED, that if the above information has been filed timely and/or provided, the Hearing on Confirmation shall be adjourned to 10/2/2019 at 8:30:00AM.