UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LAW OFFICE OF AVRAM D. WHITE
66 HAMPTON TERRACE
ORANGE, NEW JERSEY 07050
973-669-0857
888-481-1709 Telefax
email to: avram.randr@gmail.com
Avram D. White, Esq.
Counsel to the Debtor

In Re:

  MICHAEL S. PIZARRO,

                                DEBTOR.

Case No.: _____ 18-25528-RG _____

Chapter: _____ 13 _____

Adv. No.: _____

Hearing Date: _____ November 20, 2019 _____

Judge: _____ PIZARRO _____

## CERTIFICATION OF SERVICE

1.  I, _____ AVRAM D. WHITE _____ :

    ☒ represent _____ MICHAEL PIZARRO _____ in this matter.

    ☐ am the secretary/paralegal for _____ , who represents

    _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2.  On _____ October 15, 2019 _____ , I sent a copy of the following pleadings and/or documents
    to the parties listed in the chart below.
    Chapter 13 Plan Transmittal Letter
    Chapter 13 Plan and Motions
    Valuation

3.  I certify under penalty of perjury that the above documents were sent using the mode of service
    indicated.

Date: _____ October 16, 2019 _____          /s/ Avram D. White _____
                                            Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
| --- | --- | --- |
| Prospect Towers Condominium Association, Inc. c/o Greenbaum, Rowe, Smith & Davis Post Office Box 5600 Woodbridge, New Jersey 07095 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other FEDEX<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Marie Ann Greenberg, Chapter 13 Standing Trustee 30 Two Bridges Road, Suite 330 Fairfield, New Jersey 07004 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other FEDEX<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*