AVRAM D WHITE, ESQ,
66 HAMPTON TERRACE
ORANGE, NJ  07050

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2020
Chapter 13 Case # 18-25528

Re: MICHAEL S PIZARRO
275 PROSPECT STREET
UNIT 16E
EAST ORANGE,  NJ  07017

Atty: AVRAM D WHITE, ESQ,
66 HAMPTON TERRACE
ORANGE, NJ  07050

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $11,892.00**

## RECEIPTS AS OF 01/15/2020    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 10/29/2018 | $91.00 | 5346659000 | 11/01/2018 | $91.00 | 5358247000 |
| 12/03/2018 | $91.00 | 5437344000 | 12/27/2018 | $91.00 | 5493866000 |
| 01/29/2019 | $91.00 | 5574783000 | 03/04/2019 | $182.00 | 5669910000 |
| 04/02/2019 | $91.00 | 5750029000 | 04/09/2019 | $91.00 | 5772604000 |
| 05/28/2019 | $91.00 | 5886975000 | 06/28/2019 | $91.00 | 5972828000 |
| 07/25/2019 | $91.00 | 6039607000 | 08/26/2019 | $91.00 | 6120686000 |
| 09/30/2019 | $225.00 | 6210718000 | 10/29/2019 | $225.00 | 6286730000 |
| 11/26/2019 | $225.00 | 6356218000 | 12/23/2019 | $225.00 | 6423410000 |

**Total Receipts: $2,083.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan : $2,083.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2020    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| CSMC 2018 RPL1 TRUST | | | | | | |
|  | 12/16/2019 | $463.19 | 839,389 | 01/13/2020 | $63.47 | 841,254 |
| PROSPECT TOWERS CONDIMINIUM ASSOCIATION INC | | | | | | |
|  | 12/16/2019 | $1,093.47 | 839,077 | 01/13/2020 | $149.83 | 840,947 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 99.74 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0004 | CONSUMER PORTFOLIO SERVICES | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0005 | DEPARTMENT OF EDUCATION/NELNET | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | DEPARTMENT OF EDUCATION/NELN | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | MUNICIPAL CREDIT UNION | UNSECURED | 3,819.00 | * | 0.00 | |
| 0012 | PROSPECT TOWERS CONDIMINIUM ASSO | SECURED | 2,826.00 | 100.00% | 1,243.30 | |
| 0013 | CSMC 2018 RPL1 TRUST | MORTGAGE ARRE | 1,197.08 | 100.00% | 526.66 | |
| 0021 | US DEPARTMENT OF EDUCATION | UNSECURED | 9,437.04 | * | 0.00 | |
| 0022 | US ASSET MANAGEMENT | UNSECURED | 274.14 | * | 0.00 | |
| 0023 | U.S. ASSET MANAGEMENT | UNSECURED | 142.45 | * | 0.00 | |

**Chapter 13 Case # 18-25528**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0024 | PROSPECT TOWERS CONDIMINIUM ASSO | UNSECURED | 57,762.08 | * | 0.00 | |

**Total Paid: $1,869.70**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 17, 2020.

Receipts: $2,083.00    -    Paid to Claims: $1,769.96    -    Admin Costs Paid: $99.74    =    Funds on Hand: $213.30

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.