Robert J. Flanagan, III
ID# 022422008
GREENBAUM, ROWE, SMITH & DAVIS LLP
Metro Corporate Campus One
P.O. Box 5600
Woodbridge, NJ 07095
(732) 549-5600
Attorneys for Prospect Towers Condominium Association, Inc.

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br>MICHAEL S. PIZARRO<br><br>Debtor. | CASE NO.18-25528 (RG)<br>CHAPTER 13<br><br>**SUBSTITUTION OF ATTORNEY** |

**PLEASE TAKE NOTICE** that the undersigned attorneys hereby consent to the substitution of the Cutolo Barros LLC as counsel for Plaintiff, Prospect Towers Condominium Association, Inc. in the above matter.

Cutolo Barros LLC
Superseding Attorneys

GREENBAUM, ROWE, SMITH &
DAVIS
Withdrawing Attorneys

By: _____
KARYN KENNEDY BRANCO
Joseph A. Kutschman III

DATED: 2-27-20

By: _____
ROBERT J. FLANAGAN, III

DATED: February 27, 2020

1

6067619.1