| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** <br> **Caption in Compliance with D.N.J. LBR 9004-2(c)** <br> **Marie-Ann Greenberg MAG-1284** <br> **Marie-Ann Greenberg, Standing Trustee** <br> **30 TWO BRIDGES ROAD** <br> **SUITE 330** <br> **FAIRFIELD, NJ  07004-1550** <br> **973-227-2840** <br> **Chapter 13 Standing Trustee** | |
| IN RE: <br><br> MICHAEL S PIZARRO | Case No.: 18-25528 <br><br> Adv. No.: <br><br> Hearing Date:  08/19/2020 <br><br> Judge: RG |

### CERTIFICATION OF SERVICE

1. I, Lauren O'Shea, am an administrator for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 07/20/2020, I sent a copy of the following pleadings and/or documents to the parties listed below:

   **Notice of Motion to Dismiss**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

---

Debtor:
MICHAEL S PIZARRO
275 PROSPECT STREET
UNIT 16E
EAST ORANGE, NJ  07017
Mode of Service:  Regular Mail

---

Attorney for Debtor(s):
AVRAM D WHITE, ESQ,
66 HAMPTON TERRACE
ORANGE, NJ  07050
Mode of Service:  Regular Mail

---

Dated:  July 20, 2020

By:   /S/  Lauren O'Shea
Lauren O'Shea