UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

**CUTOLO BARROS LLC**
46-50 Throckmorton Street
Freehold, New Jersey 07728
(732) 414-1170
Joseph A. Kutschman III, Esq. (046732010)
Attorneys for Prospect Towers Condominium Association, Inc.

In Re:

MICHAEL S. PIZARRO

Case No.: 18-25528-RG

Chapter: 13

Judge: Rosemary Gambardella

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type:     Prospect Towers Condominium Association, Inc.
(Example: John Smith, creditor)

Old address:   c/o Greenbaum Rowe Smith & Davis
Post Office Box 5600
Woodbridge, New Jersey 07095

New address:   c/o Cutolo Barros LLC
46-50 Throckmorton Street
Freehold, New Jersey 07728

New phone no.: 732-414-1170
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date:  1/13/2021         /s/ Joseph A. Kutschman III, Esq.
                              Signature

*rev.2/1/16*