AVRAM D WHITE, ESQ,
66 HAMPTON TERRACE
ORANGE, NJ  07050

Re: MICHAEL S PIZARRO  
275 PROSPECT STREET  
UNIT 16E  
EAST ORANGE,  NJ  07017

Atty: AVRAM D WHITE, ESQ,  
66 HAMPTON TERRACE  
ORANGE, NJ  07050

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2021
#### Chapter 13 Case # 18-25528

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $11,892.00**

## RECEIPTS AS OF 01/15/2021  (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 10/29/2018 | $91.00 | 5346659000 | 11/01/2018 | $91.00 | 5358247000 |
| 12/03/2018 | $91.00 | 5437344000 | 12/27/2018 | $91.00 | 5493866000 |
| 01/29/2019 | $91.00 | 5574783000 | 03/04/2019 | $182.00 | 5669910000 |
| 04/02/2019 | $91.00 | 5750029000 | 04/09/2019 | $91.00 | 5772604000 |
| 05/28/2019 | $91.00 | 5886975000 | 06/28/2019 | $91.00 | 5972828000 |
| 07/25/2019 | $91.00 | 6039607000 | 08/26/2019 | $91.00 | 6120686000 |
| 09/30/2019 | $225.00 | 6210718000 | 10/29/2019 | $225.00 | 6286730000 |
| 11/26/2019 | $225.00 | 6356218000 | 12/23/2019 | $225.00 | 6423410000 |
| 01/31/2020 | $225.00 | 6522209000 | 03/02/2020 | $225.00 | 6599121000 |
| 04/02/2020 | $225.00 | 6675805000 | 05/01/2020 | $113.50 | 6751058000 |
| 05/05/2020 | $113.50 | | 06/01/2020 | $225.00 | 6832705000 |
| 06/30/2020 | $225.00 | 6901605000 | 07/31/2020 | $225.00 | 6977406000 |
| 09/01/2020 | $225.00 | 7052504000 | 10/01/2020 | $225.00 | 7126977000 |
| 11/02/2020 | $225.00 | 7201034000 | 12/01/2020 | $225.00 | 7271322000 |
| 12/31/2020 | $225.00 | 7342709000 | | | |

**Total Receipts: $4,785.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $4,785.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2021  (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| CSMC 2018 RPL1 TRUST | | | | | | |
| | 12/16/2019 | $463.19 | 839,389 | 01/13/2020 | $63.47 | 841,254 |
| | 02/10/2020 | $63.47 | 843,145 | 03/16/2020 | $63.47 | 845,049 |
| | 04/20/2020 | $63.47 | 846,998 | 05/18/2020 | $90.65 | 848,887 |
| | 06/15/2020 | $67.27 | 850,573 | 07/20/2020 | $85.01 | 852,376 |
| | 08/17/2020 | $49.43 | 854,241 | 09/21/2020 | $49.42 | 856,057 |
| | 10/19/2020 | $49.43 | 857,937 | 11/16/2020 | $49.42 | 859,734 |
| | 12/21/2020 | $39.38 | 861,559 | | | |
| MUNICIPAL CREDIT UNION | | | | | | |
| | 01/11/2021 | $13.38 | 863,589 | | | |

**Chapter 13 Case # 18-25528**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| PROSPECT TOWERS CONDIMINIUM ASSOCIATION INC | | | | | | |
| | 12/16/2019 | $1,093.47 | 839,077 | 01/13/2020 | $149.83 | 840,947 |
| | 02/10/2020 | $149.83 | 842,824 | 03/16/2020 | $149.83 | 844,696 |
| | 04/20/2020 | $149.83 | 846,642 | 05/18/2020 | $214.00 | 848,584 |
| | 06/03/2020 | ($149.83) | 842,824 | 06/15/2020 | $184.71 | 850,252 |
| | 07/02/2020 | ($149.83) | 844,696 | 07/20/2020 | $272.94 | 852,029 |
| | 08/17/2020 | $158.69 | 853,903 | 09/21/2020 | $158.70 | 855,680 |
| | 10/19/2020 | $158.69 | 857,581 | 11/16/2020 | $158.70 | 859,375 |
| | 12/21/2020 | $126.44 | 861,163 | 12/21/2020 | $34.20 | 861,163 |
| | 01/11/2021 | $168.30 | 863,005 | | | |
| US DEPARTMENT OF EDUCATION | | | | | | |
| | 12/21/2020 | $5.59 | 862,508 | 01/11/2021 | $27.50 | 864,077 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 303.38 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0004 | CONSUMER PORTFOLIO SERVICES | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0005 | DEPARTMENT OF EDUCATION/NELNET | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | DEPARTMENT OF EDUCATION/NELN | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | MUNICIPAL CREDIT UNION | UNSECURED | 3,819.00 | * | 13.38 | |
| 0012 | PROSPECT TOWERS CONDOMINIUM ASS | SECURED | 2,826.00 | 100.00% | 2,826.00 | |
| 0013 | CSMC 2018 RPL1 TRUST | MORTGAGE ARRE | 1,197.08 | 100.00% | 1,197.08 | |
| 0021 | US DEPARTMENT OF EDUCATION | UNSECURED | 9,437.04 | * | 33.09 | |
| 0022 | US ASSET MANAGEMENT | UNSECURED | 274.14 | * | 0.00 | |
| 0023 | U.S. ASSET MANAGEMENT | UNSECURED | 142.45 | * | 0.00 | |
| 0024 | PROSPECT TOWERS CONDOMINIUM ASS | UNSECURED | 57,762.08 | * | 202.50 | |

**Total Paid: $4,575.43**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 15, 2021.

Receipts: $4,785.00    -    Paid to Claims: $4,272.05    -    Admin Costs Paid: $303.38    =    Funds on Hand: $209.57

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.